UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BANK OF AMERICA, N.A., a North
Carolina corporation

        Plaintiff,

v.                                        Case No:   2:12-cv-691-FtM-38CM

CHARLES B. CRAWFORD, BRIAN
P. O'TOOLE, MARCIA L. HOBE and
BUSEY BANK,

        Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on Joint Motion to Set Scheduling Deadlines and Trial Date and Incorporated Memorandum of Law (Doc. #62) filed on March 6, 2014. The Parties agree to the scheduling deadlines and trial date in this matter. The Court finds these dates to be reasonable.

Accordingly, it is now

**ORDERED:**

Joint Motion to Set Scheduling Deadlines and Trial Date and Incorporated Memorandum of Law (Doc. #62) is **GRANTED**. The schedule deadlines and dates are as follows:

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

a. Mandatory Initial Disclosures no later than April 7, 2014.

b. Motions to add parties or to amend pleadings no later than April 15, 2014.

c. Disclosure of Expert Reports:

> a. Plaintiff no later than September 5, 2014.
>
> b. Defendants no later than October 3, 2014.

d. Discovery deadline is November 7, 2014.

e. Dispositive, *Daubert*, and *Markman* motions no later than December 8, 2014.

f. Meeting in person to prepare Joint Final Pretrial Statement no later than February 13, 2015.

g. Joint Final Pretrial Statement (including a single set of jointly proposed jury instructions and verdict form) no later than February 27, 2015.

h. All Other Motions including Motions *in Limine*, Trial Briefs no later than February 27, 2015.

i. Final Pre-Trial Conference will be on March 6, 2015, at 9:30 a.m.

j. Trial shall commence on April 6, 2015.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record