UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BANK OF AMERICA, N.A., a North Carolina corporation

       Plaintiff,

v.                                  Case No: 2:12-cv-691-FtM-38CM

CHARLES B. CRAWFORD, BRIAN P. O'TOOLE, MARCIA L. HOBE and BUSEY BANK,

       Defendants.
_____/

**ORDER**

This matter comes before the Court on Defendant Busey Bank's Motion for Preliminary Pretrial Conference (Doc. #63) filed on March 6, 2014.  Defendant's Busey Bank moves the Court for the scheduling of a Preliminary Pretrial Conference. Defendants Crawford, O'Toole and Hobe join in this request.  As grounds, Counsel suggests a preliminary pretrial conference would assist the parties and the Court in resolving some pending discovery issues.  The Court, having considered the motion, finds good cause and will schedule the Preliminary Pretrial Conference as outlined below.

Accordingly, it is now

**ORDERED:**

The Defendant Busey Bank's Motion for Preliminary Pretrial Conference (Doc. #63) is **GRANTED**.  A Preliminary Pretrial Conference is hereby scheduled for **APRIL 10, 2014 at 2:00 P.M**.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record